# Content of Exhibits

1. Exhibit A, Medical request of April 4, 2012.
2. Exhibit B, Medical request of April 11, 2012.
3. Exhibit C, Medical request of April 11, 2012.
4. Exhibit D, Legal records re April 12, 2012.
5. Exhibit E, letter of Specialist April 12, 2012.
6. Exhibit F, Grievance of April 12, 2012.
7. Exhibit G, 1st Response grieve April 13, 2012.
8. Exhibit H, Response grieve April 13, 2012.
9. Exhibit I, 2nd Response grieve April 18, 2012.
10. Exhibit J, Hipaa/PHI regulations form - 2012.
11. Exhibit K, Denial of State filed Tort claim - 2012.

Content of Exhibits - 1 of 1