AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES EDWARD JONES,

          Plaintiff,

          v.

YAKIMA COUNTY DEPARTMENT OF CORRECTIONS, ED CAMPBELL, SANDRA BESS, DR. VIVEK SHAH, and BOARD OF YAKIMA COUNTY COMMISSIONERS (RICHARD TURNER, RAND ELLIOTT and MIKE LEITA),    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-3101-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  Complaint is DISMISSED WITHOUT PREJUDICE.

November 7, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Sheila Parpolia  
*(By) Deputy Clerk*  
Sheila Parpolia